# ORIGINAL

1

2  LEONARDO M. RAPADAS
   United States Attorney
   MARIVIC P. DAVID
3  Assistant U.S. Attorney
   Sirena Plaza Suite 500
4  108 Hernan Cortez Avenue
   Hagatna, Guam 96910
5  Telephone: (671) 472-7332
   Telecopier: (671) 472-7334
6

**FILED**

DISTRICT COURT OF GUAM

AUG 1 0 2005

MARY L.M. MORAN
CLERK OF COURT

7  Attorneys for United States of America

8          IN THE UNITED STATES DISTRICT COURT

           FOR THE DISTRICT OF GUAM
9

10  UNITED STATES OF AMERICA,          )    CRIMINAL CASE NO. 05-00049
                                       )
11                    Plaintiff,       )    **SUPERSEDING INDICTMENT**
                                       )
12                                     )
                                       )    **CONSPIRACY TO DISTRIBUTE**
13                                     )    **METHAMPHETAMINE**
                                       )    **HYDROCHLORIDE**
14          vs.                        )    [21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii),
                                       )     and 846]
15                                     )    (Count I)
                                       )
16                                     )    **POSSESSION OF**
                                       )    **METHAMPHETAMINE**
17  ERICA REYES BORJA and              )    **HYDROCHLORIDE WITH**
    SEAN MICHAEL COLE                  )    **INTENT TO DISTRIBUTE**
18  a/k/a SHAWN COLE,                  )    [21 U.S.C. §§ 841(a)(1) and
                                       )     (b)(1)(A)(viii)]
19                    Defendants.      )    (Count II)
    _____)
20

21  THE GRAND JURY CHARGES:

22              **COUNT I - CONSPIRACY**
       **TO DISTRIBUTE METHAMPHETAMINE HYDROCHLORIDE**

23       Between and on or about May 2005, the exact date unknown, to May 14, 2005, in the

24  District of Guam and elsewhere, the defendants, ERICA REYES BORJA, SEAN MICHAEL

25  COLE a/k/a SHAWN COLE, and Ricky Anthony Nelson, and other unknown co-conspirators,

26  did unlawfully, intentionally, and knowingly combine, conspire, confederate and agree together

27  and with others, to distribute 92 grams, net weight, of methamphetamine

28  //

hydrochloride a/k/a "ice," a schedule II controlled substance, in violation of Title 21, United States Code, §§ 841(a)(1), (b)(1)(A)(viii), and 846.

## COUNT II - POSSESSION OF METHAMPHETAMINE HYDROCHLORIDE WITH INTENT TO DISTRIBUTE

On about May 14, 2005, in the District of Guam, the defendant herein, ERICA REYES BORJA, did unlawfully and knowingly possess with intent to distribute 92 grams, net weight, of methamphetamine hydrochloride a/k/a "ice," a schedule II controlled substance, in violation of Title 21, United States Code, §§ 841(a)(1) and (b)(1)(A)(viii).

Dated this 10ᵗʰ day of August, 2005.

A TRUE BILL.

_____
Foreperson

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

By: _____
MARIVIC P. DAVID
Assistant U.S. Attorney

Approved:

_____
RUSSELL C. STODDARD
First Assistant U.S. Attorney

2

**Place of Offense:**

City _____Hagåtña_____

Country/Parish _____N/A_____

**Related Case Information:**

Superseding Indictment ____X____   Docket Number _05 04-00049_

Same Defendant ____X____        New Defendant _____

Search Warrant Case Number _____

R 20/ R 40 from District of _____

**Defendant Information:**

**Juvenile: Yes _____ No _X_       Matter to be sealed: _____ Yes _X_ No**

Defendant Name      ___Erica Reyes Borja_____

Allisas Name            _____

Address                    _____

                              ___Tamuning, GU_____

Birth date _XX/XX/1974_ SS# _XXX-XX-6693_ Sex _F_ Race _PI_ Nationality _U.S._

**U.S. Attorney Information:**

AUSA _Marivic P. David_____

**Interpreter:  _X_ No _____Yes**          List language and/or dialect: _____

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

**RECEIVED**
**AUG 1 0 2005**
**DISTRICT COURT OF GUAM**
**HAGATNA, GUAM**

**U.S.C. Citations**

Total # of Counts: _____2_____          _____ Petty _____ Misdemeanor _X_ Felony

|  | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set | 21 U.S.C. §§ 941(a)(1), 1 (b)(1)(A)(viii), and 946 | CONSPIRACY TO DISTRIBUTE METHAMPHETAMINE HYDROCHLORIDE | 1 |
| Set | 21 U.S.C. §§ 841(a)(1), 2 (b)(1)(A)(viii) | POSSESSION OF METHAMPHETAMINE HYDROCHLORIDE WITH INTENT TO DISTRIBUTE | 2 |

Date: ___8/9/05___          Signature of AUSA: _____

**Place of Offense:**

City      Hagåtña

Country/Parish    N/A

**Related Case Information:**

Superseding Indictment __X__    Docket Number __04-00049__    05

Same Defendant _____      New Defendant __X__

Search Warrant Case Number _____

R 20/ R 40 from District of _____

**Defendant Information:**

**Juvenile: Yes _____ No __X__**      **Matter to be sealed: _____ Yes __X__ No**

Defendant Name      Sean Michael Cole

Allisas Name      Shawn Cole

Address      _____

     Dededo, GU

Birth date __XX/XX/1977__ SS# __XXX-XX-0036__ Sex __M__ Race __C__ Nationality __U.S.__

**U.S. Attorney Information:**

AUSA __Marivic P. David__

**Interpreter: __X__ No _____Yes**      List language and/or dialect: _____

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

**RECEIVED**

**AUG 1 0 2005**

**DISTRICT COURT OF GUAM**
**HAGATNA, GUAM**

**U.S.C. Citations**

Total # of Counts: __1__      _____ Petty _____ Misdemeanor __X__ Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set | 21 U.S.C. §§ 941(a)(1), 1 (b)(1)(A)(viii), and 946 | CONSPIRACY TO DISTRIBUTE METHAMPHETAMINE HYDROCHLORIDE | 1 |
| Set | 2 | | |

Date: __8/9/05__      Signature of AUSA: _____