# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

|  |  |
|---|---|
| USA, <br><br> Plaintiff, <br><br> vs. <br><br> Sean Michael Cole, <br><br> Defendant. | Case No. 1:05-cr-00049 <br><br><br> **CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the ***Order of Detention filed August 26, 2005*** on the dates indicated below:

| *U.S. Attorney's Office* | *Howard Trapp* | *U.S. Probation Office* | *U.S. Marshal Service* |
|---|---|---|---|
| *August 29, 2005* | *August 29, 2005* | *August 29, 2005* | *August 29, 2005* |

I, Marilyn B. Alcon, declare under the penalty of perjury that on the above listed date(s) the:

***Order of Detention filed August 26, 2005***

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: August 29, 2005                     /s/ Marilyn B. Alcon
                                            Deputy Clerk