1 LEONARDO M. RAPADAS
United States Attorney
2 MARIVIC P. DAVID
Assistant U.S. Attorney
3 Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
4 Hagåtña, Guam 96910
Telephone: (671) 472-7332
5 Telecopier: (671) 472-7334

6 Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
OCT 17 2005
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF GUAM

| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO. 05-00049 |
|---|---|
| Plaintiff, | ) |
| vs. | ) **STIPULATION OF PARTIES TO CONTINUE FURTHER PROCEEDINGS** |
| SEAN MICHAEL COLE, | ) |
| Defendant. | ) |

The parties in the above-entitled matter, the United States of America, and the defendant, through his counsel, Howard Trapp, hereby stipulate to continue the further proceedings

//
//
//
//
//
//
//
//
//

**ORIGINAL**

currently scheduled for October 18, 2005, and that it be rescheduled to a date approximately three (3) months thereafter to be selected by the court.

SO STIPULATED.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

DATE: 10-17-05

By: _____
MARIVIC P. DAVID
Assistant U.S. Attorney

DATE: 10/17/05

_____
HOWARD TRAPP
Attorney for Defendant