```
 1  LEONARDO M. RAPADAS
    United States Attorney
 2  MARIVIC P. DAVID
    Assistant U.S. Attorney
 3  Suite 500, Sirena Plaza
    108 Hernan Cortez Street
 4  Hagåtña, Guam 96910
    Telephone: (671) 472-7332/7283
 5  Telecopier: (671) 472-7334
 6
 7  Attorneys for United States of America
```

**FILED**
DISTRICT COURT OF GUAM
OCT 17 2005
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO 05-00049 |
| ) Plaintiff, ) | |
| vs. ) | **ORDER** |
| ) | **re: October 17, 2005** |
| ) | **Stipulation of Parties** |
| SEAN MICHAEL COLE, ) | |
| ) Defendant. ) | |

Based on the Stipulation of Parties filed October 17, 2005, in the above-captioned matter, and the Court finding good cause for the issuance of the order;

**IT IS HEREBY ORDERED** that the further proceedings are continued to Tuesday, January 10, 2006, at 2:00 p.m.

DATE: October 17, 2005

JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge
District Court of Guam