ORIGINAL

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Street
Hagåtña, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
JAN 10 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>SEAN MICHAEL COLE a/k/a<br>SHAWN COLE,<br><br>    Defendant. | CRIMINAL CASE NO. 05-00049<br><br>**STIPULATION OF PARTIES TO**<br>**VACATE FURTHER PROCEEDINGS** |

The parties in the above-entitled matter, the United States of America, and the defendant, by and through his counsel, Howard Trapp, hereby stipulate to vacate the further proceedings,

//
//
//
//
//
//

now scheduled for January 10, 2006 at 2:00 p.m., pending the sentencing of defendant in Criminal Case No. 05-00039, now scheduled for March 6, 2006 at 9:15 a.m.

The parties make this request pursuant to a plea agreement entered in Criminal Case No. 05-00039, whereby the government agreed to dismiss the superseding indictment in the instant case, at the time of defendant's sentencing.

SO STIPULATED.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

DATED: 1/10/06

By: *[signature]*
MARIVIC P. DAVID
Assistant U.S. Attorney

DATED: JAN 1 0 2006

*[signature]*
HOWARD TRAPP
Attorney for Defendant