ORIGINAL

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
Tel: (671) 472-7332/7283
Fax: (671) 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
MAR -7 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 05-00049 |
| Plaintiff, | |
| vs. | **UNITED STATES' MOTION TO DISMISS SUPERSEDING INDICTMENT** |
| ERIC REYES BORJA, and SEAN MICHAEL COLE a/k/a SHAWN COLE, | |
| Defendants. | |

COMES NOW the plaintiff, United States of America, by and through its undersigned attorney, and moves that the Superseding Indictment in the above cause, as to defendant SEAN MICHAEL COLE a/k/a SHAWN COLE, be dismissed, for the reason that the defendant entered a plea of guilty to an Indictment on August 16, 2005, under Criminal Case No. 05-00039, which said Indictment incorporated similar criminal acts.

RESPECTFULLY submitted this 7th day of March, 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
MARIVIC P. DAVID
Assistant U.S. Attorney