1 LEONARDO M. RAPADAS
  United States Attorney
2 MARIVIC P. DAVID
  Assistant U.S. Attorney
3 Suite 500, Sirena Plaza
  108 Hernan Cortez Ave.
4 Hagåtña, Guam 96910
  Tel: (671) 472-7332/7283
5 Fax: (671) 472-7334

6 Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM
MAR -8 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>)<br>ERIC REYES BORJA, and )<br>SEAN MICHAEL COLE )<br>a/k/a SHAWN COLE, )<br>)<br>Defendants. )<br>_____ ) | CRIMINAL CASE NO. 05-00049<br><br>**ORDER**<br>**Re: March 7, 2006**<br>**United States' Motion to Dismiss**<br>**Superseding Indictment** |

The United State's Motion to Dismiss Superseding Indictment in the above cause, filed March 7, 2006, is hereby granted.

**SO ORDERED** this _____ day of March, 2006.

JAMES L. ROBART*
Designated Judge
District Court of Guam

**ORIGINAL**

---

*The Honorable James L. Robart, United States District Judge for the Western District of Washington, by designation.